IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:20-CV-87-BO

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) ORDER |
| v. | )<br>) |
| CONNIE NOBLES, | )<br>)<br>) |
| Defendant. | |

This matter is before the court with regard to the parties' joint motion to waive mediation. [DE-15]. The case was automatically selected for mediation by Local Alternative Dispute Resolution Rule 101.1a(b). However, Rule 101.1a(e) provides that a motion for exemption from mediation will be granted or denied in the court's discretion. Here, the parties have a fundamental disagreement over whether *N.C. Farm Bureau Mut. Ins. Co. v. Dana*, 832 S.E.2d 501 (N.C. App. 2019) applies. [DE-15]. The parties agree that mediation would not facilitate resolution of the matter and would result in unnecessary expense. Accordingly, the case is not a viable candidate for mediation, and in the court's discretion, the mediation requirement is waived.

SO ORDERED, the _1_ day of September, 2020.

Robert B. Jones, Jr.
United States Magistrate Judge

1